**ONEIDA JUDICIARY**

ARLETTA J. KUROWSKI,

   Plaintiff,

              NOTICE OF APPEAL

 v.

NORMA KUROWSKI SCHOONOBER,    Case No.: Consolidated Case
and KENNETH H. KUROWSKI, ESTATE    18-TC-004, 18-TC-005, 18-TC-007

   Defendants.

---

   Notice is given that Areletta J. Kurowski, *pro se*, appeals to the Eastern District of Wisconsin United States Federal Court from the Trial Court and Affirmation of the Appellate Court to Dismiss on January 17, 2019, and mailed to the Plaintiff by certified mail on February 7, 2019, and received by the Plaintiff on February 8, 2019 on the above caption cases.

   Dated and signed this 15th day of February 2019. Oneida, Wisconsin.

*Arletta Kurowski*

N6088 County Rd E
De Pere, WI 54115