UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ARLETTA J KUROWSKI,

    Plaintiff/Appellant,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-C-274

ESTATE OF KENNETH H KUROWSKI
and NORMA KUROWSKI SCHOONOBER,

    Defendants/Appellees.

---

## ORDER OF DISMISSAL

---

Arletta Kurowski has filed a Notice of Appeal from a decision of the Court of Appeals of the Oneida Judiciary affirming a trial court's judgment dismissing her actions. This court lacks jurisdiction over the Oneida judiciary. Accordingly, this court cannot review a decision of the Oneida Court of Appeals. This action is, therefore, dismissed.

**SO ORDERED** this __22nd__ day of February, 2019.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court