UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ARLETTA J KUROWSKI,

    Plaintiff/Appellant,

v.                                             Case No. 19-C-274

ESTATE OF KENNETH H KUROWSKI
and NORMA KUROWSKI SCHOONOBER,

    Defendants/Appellees.

---

## ORDER DENYING MOTION TO SUBSTITUTE PARTY

---

    Pro se Plaintiff Arletta Kurowski has filed a motion to substitute a party for one of the defendants. She seeks to substitute the estate of Norma Kurowski Schoonober for Defendant Norma Kurowski Schoonober. The case has already been dismissed, however, because of a lack of jurisdiction. Plaintiff is seeking to appeal a judgment of the Oneida Tribal Court to the United States District Court. Having dismissed the case for lack of jurisdiction, there is no basis upon which to allow substitution of a party at this point. Accordingly, the motion is denied.

    **SO ORDERED** this   16th   day of May, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court